SLIP OPINION

Cite as 2015 Ark. App. 4

# ARKANSAS COURT OF APPEALS

DIVISION I
No. CR-14-451

| | |
|---|---|
| | **Opinion Delivered** January 14, 2015 |
| ROBERT EDWARD JONES<br>APPELLANT | APPEAL FROM THE CRITTENDEN COUNTY CIRCUIT COURT<br>[NO. CR-2007-49D] |
| V. | |
| STATE OF ARKANSAS<br>APPELLEE | HONORABLE RALPH WILSON, JR., JUDGE |
| | AFFIRMED; MOTION TO WITHDRAW GRANTED |

## BRANDON J. HARRISON, Judge

The Crittenden County Circuit Court revoked Robert Jones's probation and sentenced him to twelve years' imprisonment. On appeal, Jones's counsel argues that there are no meritorious grounds for appeal and asks to be relieved as counsel. The clerk of our court mailed a certified copy of counsel's motion and brief to Jones in accordance with Rule 4–3(k)(2) of the Arkansas Rules of the Supreme Court, informing him of his right to file pro se points for reversal. Jones has not filed pro se points for reversal. Because counsel has complied with the requirements of Rule 4–3(k), we grant the motion to be relieved and affirm.

The test for filing a no-merit brief is not whether there is any reversible error, but whether an appeal would be wholly frivolous. *Tucker v. State*, 47 Ark. App. 96, 885 S.W.2d 904 (1994). Based on our review of the record for potential error pursuant to

*Anders v. California*, 386 U.S. 738 (1967), and the requirements of Rule 4–3(k), we hold that Jones's appeal is wholly without merit. Therefore, pursuant to sections (a) and (b) of *In re Memorandum Opinions*, 16 Ark. App. 301, 700 S.W.2d 63 (1985), we issue this memorandum opinion granting counsel's motion to withdraw and affirming the court's revocation.

Affirmed; motion to withdraw granted.

VAUGHT and BROWN, JJ., agree.

*S. Butler Bernard, Jr.*, for appellant.

No response.